**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Cincinnati v. State*, **Slip Opinion No. 2026-Ohio-2574.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2026-OHIO-2574

THE CITY OF CINCINNATI ET AL., APPELLANTS, *v.* THE STATE OF OHIO, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Cincinnati v. State*, Slip Opinion No. 2026-Ohio-2574.]**

*Court of appeals' judgment affirmed on the authority of* Doe v. Columbus.

(No. 2024-1158—Submitted July 1, 2026—Decided July 9, 2026.)

APPEAL from the Court of Appeals for Hamilton County,

No. C-230492, 2024-Ohio-2425.

_____

The below judgment of the court was joined by KENNEDY, C.J., and DEWINE, DETERS, HAWKINS, and SHANAHAN, JJ. FISCHER and BRUNNER, JJ., dissented and would dismiss the appeal as having been improvidently accepted.

{¶ 1} The judgment of the First District Court of Appeals is affirmed on the authority of *Doe v. Columbus*, 2026-Ohio-1095.

_____

Emily Smart Woerner, Cincinnati City Solicitor, and Scott M. Heenan and Shuva J. Paul, Assistant City Solicitors, for appellants, the City of Cincinnati, Mayor Aftab Pureval, and Vice-Mayor Jan-Michele Kearney.

D. Andrew Wilson, Attorney General, and Stephen P. Tabatowski, Julie M. Pfieffer, and Gregory A. Rustico, for appellee.

_____